**AFFIDAVIT OF SERVICE**

Index #: 08 CV 02216
Date Purchased: March 5, 2008
Date Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY

ATTORNEY(S): Carolina A. Fornos AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2740
ADDRESS: 86 Chambers Street  New York  N.Y.  10007    File No.: _____

**UNITED STATES OF AMERICA,**
*Plaintiff(s)/Petitioner(s)*
vs.
**JGB, L.L.C., d/b/a GENERAL FIRE-PROOF DOOR CORPORATION, PROOF HOLDINGS, LTD.,**
*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

____DAVID LEVINE____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  March 12, 2008  at  9:03 AM  at  913 EDGEWATER ROAD  BRONX, NY 10474 , deponent served the within **Summons In A Civil Action, Complaint, Judge's Rules, Consent To Proceed Before United States Magistrate Judge, and Electronic Case Filing Instructions** with Index Number  08 CV 02216 , and Date Purchased  March 5, 2008  endorsed thereon,
on: JGB, L.L.C., d/b/a GENERAL FIRE-PROOF DOOR CORPORATION, PROOF HOLDINGS,  ,  **Defendant**  therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X] By delivering to and leaving with ____MR KUSZEL - MANAGER____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of _____ at ___
on the ___ day of _____ at ___
on the ___ day of _____ at ___
on the ___ day of _____ at ___

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex  Male  Color of skin  White  Color of hair  Brown  Age  51 - 65 Yrs.  Height  5' 9" - 6' 0"
Weight  161 - 200 Lbs.  Other Features: _____

#8 WIT FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARY SRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this  13  day of  March, 2008

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

DAVID LEVINE
Server's Lic # 0778982
Invoice•Work Order # 0809352

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382