USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 1 2008

# CLIFFORD L. DAVIS
ATTORNEY AT LAW

202 MAMARONECK AVENUE
THIRD FLOOR
WHITE PLAINS, NEW YORK 10601 5301

(914) 761-1003 • FAX (914) 997-6529
cliffordldavis@hotmail.com

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

APR 0 1 2008

March 31, 2008

Via Fax 212-805-6737

Hon. George B. Daniels
United States District Court
500 Pearl Street
Courtroom 630
New York, NY 10007

Re: United States of America v. JGB, LLC 08 CV 02216 (GBD)(HP)

Dear Judge Daniels:

    I represent the Defendant JGB, LLC in the above-referenced matter. Pursuant to the Court's Rules Defendant requests an adjournment to answer or otherwise move against the Complaint, which was filed on March 5, 2008, to April 30, 2008. The original time to answer is on or about April 5, 2008; there have been no prior requests for adjournment; and Carolina Fornos, the Assistant United States Attorney, has consented to the adjournment.

    I thank the Court for its courtesies.

Sincerely,

Clifford L. Davis

cc:
Carolina A. Fornos, AUSA
Via Fax 212-637-2702