**CLIFFORD L. DAVIS**
ATTORNEY AT LAW

202 MAMARONECK AVENUE
THIRD FLOOR
WHITE PLAINS, NEW YORK 10601-5301

(914) 761-1003 • FAX. (914) 897-6529
cliffordldavis@hotmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 8 2008

**SO ORDERED**

*George B. Daniel*
**HON. GEORGE B. DANIELS**

May 21, 2008

MAY 2 8 2008

Via Fax 212-805-6737

Hon. George B. Daniels
United States District Court
500 Pearl Street
Courtroom 630
New York, NY 10007

Re: United States of America v. JGB, LLC 08 CV 02216 (GBD)(HP)

Dear Judge Daniels:

    I represent the Defendant JGB, LLC in the above-referenced matter. Pursuant to the Court's Rules Defendant requests an adjournment to answer or otherwise move against the Complaint, which was filed on March 5, 2008, from May 30, 2008 to June 30, 2008. The Court previously granted two adjournments. This request is made with the consent of Carolina A. Fornos, the Assistant United States Attorney.

    The parties are close to resolving this matter. The reason why the adjournment is needed because Ms. Fornos is still waiting to hear back from several Federal agencies which have to give final approval to the resolution. We are hopeful that this matter will be resolved shortly.

    I thank the Court for its courtesies.

Sincerely,

Clifford L. Davis

cc:
Carolina A. Fornos, AUSA
Via Fax 212-637-2702