**CLIFFORD L. DAVIS**
ATTORNEY AT LAW

202 MAMARONECK AVENUE
THIRD FLOOR
WHITE PLAINS, NEW YORK 10601-5301

(914) 761-1003 • FAX (914) 997-6529
cliffordldavis@hotmail.com

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 25 2008**

**SO ORDERED**

July 23, 2008

*George B. Daniels*
HON. GEORGE B. DANIELS

JUL 25 2008

Via Fax 212-805 6737

Hon. George B. Daniels
United States District Court
500 Pearl Street
Courtroom 630
New York, NY 10007

Re: United States of America v. JGB, LLC 08 CV 02216 (GBD)(HP)

Dear Judge Daniels:

I represent the Defendant JGB, LLC in the above-referenced matter. Pursuant to the Court's Rules Defendant requests an adjournment to answer or otherwise move against the Complaint, which was filed on March 5, 2008, from July 31, 2008 until August 22, 2008. The parties have reached a resolution of the matter and just need additional time for execution and to obtain some backup documentation. This request is made with the consent of Carolina Fornos, the Assistant United States Attorney.

I thank the Court for its courtesies.

Sincerely,

Clifford L. Davis

cc:

Carolina A. Fornos, AUSA
Via Fax 212-637-2702